**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| |
|---|
| MUNGISILA MAMBUENI, |
| Petitioner, |
| v. |
| DAVID WESLING, *et. al*, |
| Respondents. |

Civil Action No. 26-cv-12156-JEK

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (Doc. No. 15), Respondents respectfully provide the Court with the following status update on the removal of Mungisila Mambueni:

On June 10, 2026, the Court denied the Habeas Petition and lifted the Stay of Transfer or Removal. ECF No. 15. The Court Ordered the respondents to file a status report within one week of Mambueni's removal, confirming that he has been removed, or on July 10, 2026, detailing the status of Mambueni's removal, whichever is earlier. [1] *Id.* Per Immigration and Customs Enforcement ("ICE") agency counsel, the Petitioner has not been removed as of today's date. The undersigned counsel is in communication with ICE to receive the most updated information and requests one additional day to July 14, 2026, to provide a status report.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

---

[1] The undersigned counsel apologizes for the delay in filing the status report. The undersigned counsel will receive the most accurate information in the very near future and provide the information to the Court as soon as received, but no later than July 14, 2026.

Dated:  July 13, 2026

By:     */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3100
Email: Vincent.engingro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  July 13, 2026          By:          */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Special Assistant United States Attorney

2