**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **Mungisila MAMBUENI** | ) | |
| | ) | Case No. 1:26-cv-12156-JEK |
| Petitioner, | ) | |
| | ) | **PETITIONER'S MOTION FOR** |
| v. | ) | **IMMEDIATE RELEASE** |
| | ) | |
| **David Wesling**, Acting Director of Boston Field | ) | |
| Office, U.S. Immigration and Customs Enforcement | ) | |
| **Antone Moniz**, Superintendent, Plymouth | ) | |
| County Correctional Facility | ) | |
| **Todd Lyons**, Acting Director, U.S. Immigration | ) | |
| and Customs Enforcement; | ) | |
| **Markwayne Mullin**, Secretary of the | ) | |
| U.S. Department of Homeland Security; | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**PETITIONER'S MOTION FOR IMMEDIATE RELEASE**

Petitioner, by and through counsel, respectfully moves this Court to order the Petitioner's immediate release as the presumptively reasonable six-month post-removal period set out in *Zadvydas* has now expired and Respondents have yet to remove Petitioner. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

As further grounds in support of this Motion, Petitioner states as follows:

1. On May 12, 2026, Petitioner, through prior counsel, filed this instant Petition for Writ of Habeas Corpus. *See* ECF No. 1. On May 22, 2026, Respondents filed their Response. *See* ECF No. 9. In their Response, they allege that ICE has obtained a travel document for Petitioner.

2. On June 10, 2026, this Honorable Court denied Petitioner's habeas and vacated the Stay of Transfer or Removal. The Court reasoned that his order of removal became final when the Board of Immigration Appeals dismissed his appeal on September 24, 2025 and Mr. Mambueni "has not met his burden to demonstrate that his ongoing detention violates the laws or Constitution of the United States." *See* ECF No. 15. At the time of the Court's order, the Court found that he had still been in the "presumptively reasonable six-month period set out in Zadvydas, which ends on June 23, 2026." *See id.*

3.  The Court further ordered that "Should Mambueni remain in ICE custody by the time of respondents' status report on July 10, 2026, he may reassert any of the arguments made in his habeas petition that challenge his ongoing detention pending removal." *Id.*

4.  Respondents filed a status report today, July 13, 2026, indicating that he remains detained, despite Respondents' prior statements alleging that removal was imminent. *See* ECF No. 16.

5.  It has now been 20 days since the presumptively-reasonable six month period set out in Zadvydas has expired and more than one month since this Honorable Court lifted the Stay Order but Respondents have yet to effectuate removal. Accordingly, Mr. Mambueni's continued detention is a violation of his due process rights and he requests immediate release.

6.  Pursuant to Local Rule 7.1, undersigned counsel's office contacted Attorney Engingro, counsel for Respondents, via email on July 13, 2026 and no response was received prior to filing.

Wherefore, Petitioner respectfully moves this Honorable Court to order his immediate release for the foregoing reasons.

Respectfully Submitted,
Mungisila MAMBUENI, Petitioner
By and through:

s/ Annelise M. Jatoba de Araujo

_____
Annelise M. Jatoba de Araujo
Annelise Araujo Law, LLC
260 Franklin St, Ste 520
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403
*Counsel for Petitioner*

Dated: July 13, 2026

## CERTIFICATE OF SERVICE

I, Annelise Jatoba de Araujo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 13, 2026

*s/ Annelise M. Jatoba De Araujo*
Annelise M. Jatoba De Araujo
Annelise Araujo Law, LLC
260 Franklin St, Ste 520
Boston, MA 02110
T: 617-716-6400
C: 419-494-3051
F: 617-716-6403