UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MUNGISILA MAMBUENI,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, et al.<br><br>Respondents. | No. 26-cv-12156-JEK |

**RESPONDENTS' STATUS REPORT**

Pursuant to this Court's Order (ECF No. 27), Respondents respectfully provide the Court with the following status report on the removal of Petitioner Mungisila Mambueni.

Respondents respectfully submit the Declaration of Supervisory Deportation and Detention Officer Richard Polanco as Exhibit 1. The Declaration details the ongoing efforts for the removal of the Petitioner. The Petitioner was scheduled for a flight to the Democratic Republic of Congo on October 12, 2026. Exhibit 1 ¶ 7. However, such flight was cancelled.[1] *Id.* The Petitioner is tentatively scheduled for removal the week of October 26, 2026. *Id.,* ¶ 8. Respondents will provide a further status report if the Court would like the Respondents to do so following the next scheduled flight.

[1] Per Immigration and Customs Enforcement, there was a layover in Egypt for this particular flight.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 19, 2026

By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Email: Vincent.engingro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 19, 2026 By: */s/ Vincent Engingro III*
VINCENT ENGINGRO III
Assistant United States Attorney